

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRYAN HINKLE | Case No.<br><br>Violation: Title 18, United States Code, Section 1343<br><br>**Information** |

The UNITED STATES ATTORNEY charges:

1:25-cr-00497
Judge John J. Tharp, Jr
Magistrate Judge Gabriel A. Fuentes
Cat 3 Random Assignment

**Background**

1. At times material to this information:

    a. Company A was a commercial real estate and property-management company headquartered in Palatine, Illinois.

    b. Defendant JAMES BRYAN HINKLE was employed at Company A as the Chief Financial Officer.

    c. As Chief Financial Officer, HINKLE was responsible for performing accounting functions for certain Company A clients, including collecting and depositing rent checks, paying bills, and preparing regular financial reports.

    d. Victim Organization A, Victim Organization B, Victim Organization C, Victim Organization D, Victim Organization E, Victim Organization F, Victim Organization G, Victim Organization H, and Victim Organization I (the "Victim Organizations") were clients of Company A.

    e. Company A opened and had access to the Victim Organizations' bank accounts on behalf of the Victim Organizations.

  f. As Chief Financial Officer, HINKLE had access to Company A's bank accounts (including a U.S. Bank account ending in 4983, and Village Bank & Trust accounts ending in 2902 and 4385), as well as the bank accounts of the Victim Organizations.

  g. HINKLE was the sole manager of a limited liability company (the "HINKLE Company").

  h. The HINKLE Company held a bank account, the account number ending in 3001, with Village Bank & Trust (a subsidiary of Wintrust) and HINKLE was the sole signatory for the bank account.

  i. HINKLE held a personal bank account, the account number ending in 9194, with Chase Bank.

  j. HINKLE was the owner of credit card accounts with Chase Bank and Wells Fargo.

**The Fraud Scheme**

  2. Beginning in or about March 2020, and continuing until in or about September 2023, at Palatine, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES BRYAN HINKLE

defendant herein, devised, intended to devise, and participated in a scheme to defraud, and to obtain and retain money and property, by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, which scheme is further described below.

3. It was part of the scheme that HINKLE used his access to the bank accounts of the Victim Organizations to fraudulently deposit checks payable to a Victim Organization, into other bank accounts, including bank accounts belonging to Company A and other Victim Organizations, without the Victim Organization's authorization.

4. It was further part of the scheme that HINKLE used his access to the bank accounts of the Victim Organizations and Company A to fraudulently and without authorization transfer a Victim Organization's funds to (i) the HINKLE Company, (ii) HINKLE's x9194 account at Chase Bank, (iii) HINKLE's accounts with online gambling services, and (iv) accounts for HINKLE's personal credit cards.

5. HINKLE concealed the true nature of these transactions from Company A and the Victim Organizations, sometimes using accounts belonging to Company A and other Victim Organizations as intermediaries.

6. It was further part of the scheme that, in order to conceal the misappropriation of funds from several Victim Organizations, HINKLE replenished funds stolen from some Victim Organizations' bank accounts using funds misappropriated from other Victim Organizations' bank accounts.

7. It was further part of the scheme that, in order to conceal the misappropriation of funds from several Victim Organizations, HINKLE knowingly prepared and submitted falsified financial reports to several Victim Organizations.

8. It was further part of the scheme that HINKLE knowingly misrepresented and omitted material facts concerning Victim Organizations' bank account balances and transactions.

9. It was further part of the scheme that HINKLE misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the purposes of the scheme and acts done in furtherance of the scheme.

## Execution of the Scheme

10. On or about August 16, 2023, at Palatine, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES BRYAN HINKLE,

defendant herein, for the purpose of executing the above-described scheme, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely an email from defendant's email account with Company A to the owner of Victim Organization A, which was processed through a server located outside of Illinois;

In violation of Title 18, United States Code, Section 1343.

ANDREW ERSKINE
Digitally signed by ANDREW ERSKINE
Date: 2025.08.14 05:25:16 -05'00'

Signed by Andrew Erskine on behalf of the
UNITED STATES ATTORNEY